UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 17 2006 ★

BROOKLYN OFFICE

O R D E R

------------------------------------X

MERRILL LYNCH BUSINESS FINANCIAL
SERVICES, INC.,

Plaintiff,                CV-06-0571 (JG)

-against-

II MAKIAGE, INC.,

                              Defendants.

------------------------------------X

An initial conference will be held in the above-captioned case on June 8, 2006 at 11:00 A.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. In the event the complaint is answered before the above date and you would prefer a conference sooner, of if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at **718-613-2530**. All counsel must be present.

**Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference.** No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

Dated: Brooklyn, New York
       February 8, 2006

                              s/Joan M. Azrack
                              _____
                              JOAN M. AZRACK
                              UNITED STATES MAGISTRATE JUDGE